# SCHEDULE "C"

## Tract Nos. SDC-IMB-620 and SDC-IMB-621

## LEGAL DESCRIPTION

IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, BEING A PORTION OF LOT 1 OF FRACTIONAL SECTION 8, TOWNSHIP 19 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, AS SAID LOT 1 IS SHOWN ON R.O.S. 19445, RECORDS OF SAID COUNTY, SAID PORTION MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWESTERLY TERMINUS OF THAT CERTAIN COURSE SHOWN ON SAID R.O.S. AS 'T20' (N.36°22'42" W., 530.06' PER SAID R.O.S.), SAID NORTHWESTERLY TERMINUS BEING MARKED BY A 3/4 INCH IRON PIPE WITH A PLASTIC PLUG STAMPED "RCE 8195", PER SAID R.O.S.;

THENCE SOUTH 36°22'35" EAST, 230.00 FEET ALONG SAID COURSE TO THE **TRUE POINT OF BEGINNING**, SAID POINT OF BEGINNING BEING MARKED BY A 1 1/2 INCH IRON PIPE WITH A TAG STAMPED "L.S. 6042";

THENCE, CONTINUING SOUTHEASTERLY, EASTERLY, AND NORTHEASTERLY ALONG THOSE LINES PER SAID R.O.S. THE FOLLOWING THREE COURSES:

1   SOUTH 36°22'35" EAST, 299.99 FEET TO A 3/4 INCH IRON PIPE WITH A PLASTIC PLUG STAMPED "RCE 8195", PER SAID R.O.S;

2   THENCE NORTH 84°52'50" EAST, 554.82 FEET TO A 3/4 INCH IRON PIPE WITH A PLASTIC PLUG STAMPED "RCE 8195", PER SAID R.O.S;

3   THENCE NORTH 56°24'58" EAST, 322.53 FEET TO A 1 1/2 INCH IRON PIPE WITH A TAG STAMPED "L.S. 6042";

THENCE LEAVING SAID LINE, NORTH 69°30'32" WEST, 354.96 FEET TO A 1 1/2 INCH IRON PIPE WITH A TAG STAMPED "L.S. 6042";

THENCE SOUTH 80°34'45" WEST, 675.85 FEET TO HEREINABOVE DESCRIBED **TRUE POINT OF BEGINNING**;

SAID PORTION CONTAINING 221,949 SQUARE FEET, MORE OR LESS;

SUBJECT TO COVENANTS, CONDITIONS, RESTRICTIONS, RESERVATIONS, RIGHTS OF WAY, OR EASEMENTS, IF ANY;

THE BASIS OF BEARINGS FOR THIS DESCRIPTION IS THE CALIFORNIA COORDINATE SYSTEM, NAD83 (CCS83) [EPOCH OF 2007.00], ZONE 6, AS DETERMINED LOCALLY BY A LINE BETWEEN CGPS "POTR" AND "P475", BEING N84°40'12.5"W AS DERIVED FROM POSITIONS FOR SAID STATIONS, IN SAID EPOCH, RETRIEVED FROM THE CALIFORNIA SPATIAL REFERENCE CENTER (HTTP://CSRC.UCSD.EDU) ON DECEMBER 28, 2010.

THIS DESCRIPTION WAS PREPARED BY ME ON JUNE 27, 2011.

ANTHONY C. CUOMO, PLS 6042 EXP. 6/30/2011

