## SCHEDULE "D"

## Tract Nos. SDC-IMB-620 and SDC-IMB-621

